IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SHAUN ROGERS,                    )
                                 )
Plaintiff,                       )
                                 )
    v.                           )        Case No. 19-00344-CV-W-HFS
                                 )
AE OUTFITTERS RETAIL CO.,        )
                                 )
Defendant.                       )

**MEMORANDUM TO COUNSEL**

By letter dated August 5, 2019, plaintiff suggests a discovery dispute. In response, by letter dated August 8th, defendant suggests any dispute has been resolved, formally or informally. Meanwhile there is a dispositive motion relating to pleading and plaintiff's request to amend, perhaps to avoid issues raised in defendant's motion. Under the circumstances it would be wasteful to expend effort to resolve a dispute, which may have been resolved or may be mooted by a ruling on the pending motions.

If plaintiff has need for resolution of a discovery dispute in this situation a motion may be filed, but a ruling on the motion may be deferred until the pleading issues are resolved.

SO ORDERED.

_/s/ Howard F. Sachs_____.
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

August 13, 2019
Kansas City, Missouri